FILED

**NOT FOR PUBLICATION**

JAN 08 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LIFESCAN, INC.; JOHNSON & JOHNSON,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>SHASTA TECHNOLOGIES, LLC; CONDUCTIVE TECHNOLOGIES, INC.; PHARMATECH SOLUTIONS, INC.; DECISION DIAGNOSTICS, CORP.,<br><br>        Defendants - Appellants. | No. 13-16042<br><br>D.C. No. 3:12-cv-06360-JST<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Argued and Submitted December 3, 2013
San Francisco, California

Before: TROTT, THOMAS, and MURGUIA, Circuit Judges.

Defendants appeal the district court's order granting plaintiffs' request for

preliminary injunctive relief, enjoining defendants from using images of plaintiffs'

---

      [*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

products on defendants' Shasta GenStrip packaging and in its advertising. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in granting preliminary injunctive relief, and we conclude that the district court properly exercised its discretion. *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 24 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l, Inc.*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**